## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Civil Action No. 94-WM-2581 | ) Adversary Proceeding No. 94-1370-PA |
| | ) Chapter 11 |
| In re: | ) Case No. 92-18853-DEC |
| | ) |
| Integra Realty Resources, Inc., | ) Case No. 92-18854-PAC |
| and | ) |
| Integra – A Hotel & Restaurant Company | ) |
| Tax I.D. No. 48-0764252 | ) Case No. 92-18855-CEM |
| and | ) |
| BHC of Denver, Inc., | ) Jointly Administered under |
| Tax I.D. No. 74-27914828 | ) Case No. 92-18853-DEC |
| | ) |
| Debtors. | ) |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, et al., | ) |

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 28 day of June 2007
GREGORY C. LANGHAM
By_____
Deputy

### ASSIGNMENT OF FINAL JUDGMENT NO. 67

Known all men by these presents that Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust (the "Assignor"), holder of a certain judgment identified particularly by Final Judgment No., 67 entered on September 23, 2003 (the "Judgment"), registered in the United States District Court for the Eastern District of Wisconsin on September 27, 2004, identified specifically by case number 2004MC00064, registered in the United States District Court of Kansas on September 27, 2004, identified specifically by case number 2004MC00241, registered in the United States District Court for the Northern District of Texas on September 27, 2004, identified specifically by case number 2004MC00074, registered in the United States District Court for the Northern District of Iowa on September 27, 2004, identified specifically by case number 2004MC00089, registered in the United States District Court of North Dakota on September 28, 2004, identified specifically by case number 2004MC00009, registered in the United States District Court for the Western District of Pennsylvania on October 1, 2004, identified specifically by case number 2004MC00412, registered in the United States District Court for the Northern District of Ohio on October 4, 2004, identified specifically by case number 2004MC00090, registered in the United States District Court for the Southern District of New York on October 5, 2004, identified specifically by case number M18-302 (04-1808 Doc187) and registered in the United States District Court of Delaware on October 12, 2004, identified specifically

by case number 2004MC00187 and revived by Order of the United States District Court of Colorado on March 22, 2007 as set out specifically in the Revived Final Judgment No., 67 docketed on May 24, 2007 (the "Revival"), for good and valuable consideration, the receipt of which is hereby acknowledged, does by these presents, without recourse, grant, bargain, sell, transfer and otherwise assign over unto:

> **Title 11 Holdings, LLC**
> **8245 Tournament Drive; Suite 230**
> **Memphis, TN  38125**
> **(901)748-2900**

(the "Assignee"), all right, title and interest in and to recover as judgment from each Defendant the sum to become due thereon with interest, and all rights accrued or to accrue under said judgment below and attached hereto, individually. Copies of the Judgment and Revival are attached hereto and incorporated herein by reference.

In witness whereof, said Assignor has signed these presents this 5th day of June, 2007.

> Jeffrey A. Weinman, Trustee
> Integra Unsecured Creditors' Trust
> c/o Lindquist & Vennum P.L.L.P.
> 600 17th Street, Suite 1800 South
> Denver, CO 80202-5441
>
> By: _____

State of Colorado   )
County of Denver   )

In Colorado in Said County on the 5th day of June, in the year 2007, before me, the undersigned, a notary public in and for said state, appeared Jeffrey A. Weinman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public
Print Name: Lisa Barenberg
My Commission Expires: June 8, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**REVIVED FINAL JUDGMENT NO. 67**

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 67, originally entered by the Court on September 23, 2003, is hereby revived effective March 22, 2007, to the extent described herein.

Doc# 23075841

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 67, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007.

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

SEP 15 2003

SEP 22 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WALKER D. MILLER

| | |
|---|---|
| Civil Action No. 94-WM-2581 (BNB) | |
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, et al., | ) |
| | ) |
| Defendants. | ) |

### FINAL JUDGMENT NO. 67

Pursuant to and in accordance with the Court's Order granting Plaintiff's Motion for Entries of Default Judgment, entered from the bench on September 12, 2003, and the Order Approving Class Settlement With Right to Opt Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required thereby having been satisfied, it is

Doc# 1804734v1

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each Defendants below, individually:

1. Defendant ARC International Corporation, the sum of $45,612.00;
2. Defendant James J. Bader, the sum of $21,441.00;
3. Defendants Wayne K. Bakke and Florence G. Bakke, the sum of $147.00;
4. Defendants James R. Bothwell and Olga Bothwell, the sum of $11,109;
5. Defendants Irving Charnowitz and Rita Charnowitz, the sum of $896.00;
6. ~~Defendant James Coleman, the sum of $175.00;~~
7. ~~Defendants Raymond H. Davis and Wanda F. Davis, the sum of $4,347.00;~~
8. ~~Defendant Raymond H. Davis f/b/o Raymond H. Davis SEP IRA, the sum of $4,501.00;~~
9. ~~Defendants Gerald H. Dicker and Mariette R. Dicker, the sum of $21.00;~~
10. Defendant Dorothy Coe Foster, the sum of $357.00;
11. Defendants Garry L. Gebben and Sharon Gebben, the sum of $777.00;
12. Defendant Ronald Goldberg, the sum of $56.00;
13. Defendant Larry Greenes, the sum of $896.00;
14. Defendants Kenneth R. Greteman and Judith A. Greteman, the sum of $1,197.00;
15. Defendants Harold L. Hays and S. Yvonne Hays, the sum of $322.00;
16. ~~Defendants John J. Heller and Mary Jane Heller, the sum of $2,975.00;~~
17. Defendant William M. Hunnicutt, the sum of $5,103.00;
18. Defendant William S. Karn, the sum of $1,260.00;
19. Defendant David Kelton, the sum of $196.00;

2

Doc# 1804734\1

20. Defendant Robert Alan Krotts, the sum of $658.00;

21. Defendant Oscar Lindemann, the sum of $7,000.00;

22. Defendant Peter Lindemann, the sum of $896.00;

23. Defendant Dixie Merrett, the sum of $105.00;

24. ~~Defendant Rowley L. Milstead, Jr., the sum of $70.00;~~

25. Defendant New Tech Roofing Profit Sharing Plan, the sum of $749.00;

26. ~~Defendants Frank A. Pakiz and Roseline M. Pakiz, the sum of $1,630.00;~~

27. Defendant Carl M. Pearson, the sum of $371.00;

28. Defendants Dr. John C. Reifenberger and Eileen E. Reifenberger, the sum of $4,501.00;

29. ~~Defendant Topeka Transfer & Storage Inc., the sum of $1,260.00;~~

30. Defendant Milton J. Weinstein, the sum of $2,100.00;

31. ~~Defendant Alice K. Woodward, the sum of $714.00; and~~

32. ~~Defendant George W. Wyatt, the sum of $8,540.00.~~

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 1.22 per cent as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and therefore, this judgment shall be entered as a separate, final judgment.

DATED this 19th day of September, 2003.

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Sept 23, 2003
GREGORY C. LANGHAM CLERK

Walker D. Miller, United States District Court Judge

Doc# 18047341

3